**Order entered December 1, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01075-CV

## MERCURY OPERATING, LLC AND STEFAN T. TOTH, Appellants

## V.

## PETROROCK MINERAL HOLDINGS, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04656**

### ORDER

Before the Court is appellee's November 30, 2022 motion for a ten-day extension of time to file its response brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 19, 2022.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE